UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **MARIELLE ("MOLLY") KRONBERG,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:09cv947 |
| ) | AJT/TRJ |
| **LYNDON LAROUCHE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' MOTION TO DISMISS

Defendants, by counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby move to dismiss the First Amended Complaint ("Complaint") filed against them on the following grounds:

1. Count I of the Complaint, which purports to allege a conspiracy 42 U.S.C. § 1985, should be dismissed because Plaintiff lacks standing to pursue a conspiracy claim under 42 U.S.C. § 1985.

2. Additionally, Count I should be dismissed because Plaintiff fails to plead sufficient facts to plausibly set forth a cause of action for conspiracy.

3. Count I fails for the added reason that it is precluded by the doctrine of intracorporate immunity.

4. Finally, Count I is barred by the statute of limitations to the extent it alleges wrongful conduct predating August 21, 2007.

5. If the Court dismisses Count I, Count II (libel per se) should be dismissed for lack of jurisdiction.

6. Additionally, Count II fails to state a claim, because Plaintiff has failed to set forth the exact words of each defamatory statement for which relief is sought and fails to allege statements that would constitute defamation *per se*.

7. Count II also is time barred to the extent it seeks to rely on statements made in 2007 and 2008.

8. Finally, Plaintiff fails to state a claim to the extent she seeks recovery for intentional infliction of emotional distress.

In support of this motion, Defendants submit the accompanying memorandum of law.

Respectfully submitted,

All Defendants
By Counsel

_____/s/_____
Edward B. MacMahon, Jr. (VSB # 25432)
Law Office of Edward B. MacMahon, Jr.
107 East Washington Street
P. O. Box 25
Middleburg, Virginia  20118
(540) 687-3902
(540) 687-6366 (facsimile)
ebmjr@verizon.net
*Counsel for Lyndon LaRouche and*
*EIR News Services, Inc.*

_____/s/_____
Bernard J. DiMuro, Esq. (VSB # 18784)
Hillary J. Collyer, Esq. (VSB #50952)
DIMUROGINSBERG, P.C.
908 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 684-4333
Fax: (703) 548-3181
Email: bdimuro@dimuro.com;
hcollyer@dimuro.com
*Counsel for Defendants Barbara Boyd and Lyndon*
 *LaRouche Political Action Committee, Inc.*

2

## CERTIFICATE OF SERVICE

     I hereby certify that on October __, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

> John Bond, Esq.
> LAW OFFICE OF JOHN BOND, PLLC
> 10617 Jones Street, Suite 101
> Fairfax, Virginia 22030
> Phone: (703) 359-7116
> Fax: (703) 359-7120
> Email: jbond@jbondlaw.com
> *Counsel for Plaintiff*
>
> John J.E. Markham, II, Esq.
> MARKHAM & READ
> One Commercial Wharf West
> Boston, Massachusetts 02110
> Phone: (617) 523-6329
> Fax: (617) 742-8604
> Email: jmarkham@markhamread.com
> *Of Counsel for Plaintiff: Admitted pro hac vice*

                                            /s/_____
                                         Bernard J. DiMuro (VSB # 18784)
                                         Hillary J. Collyer, Esq. (VSB #50952)
                                         DIMUROGINSBERG, P.C.
                                         908 King Street, Suite 200
                                         Alexandria, Virginia 22314
                                         Phone: (703) 684-4333
                                         Fax: (703) 548-3181
                                         Email: bdimuro@dimuro.com;
                                         hcollyer@dimuro.com
                                         *Counsel for Defendants Barbara Boyd and Lyndon LaRouche Political Action Committee, Inc.*