IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARIELLE ("MOLLY") KRONBERG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:09cv947 (AJT/TRJ) |
| ) | |
| LYNDON LAROUCHE, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

This matter is before the Court on Defendants' Joint Motion to Disqualify Former AUSA Markham (Doc. No. 25). For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendants' Joint Motion to Disqualify Former AUSA Markham (Doc. No. 25) be, and the same hereby is, GRANTED and Markham be, and the same hereby is, disqualified as counsel for Plaintiff.

The Clerk is directed to forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
April 9, 2010